IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

| | |
|---|---|
| BRANDON QUINCE, | ) |
|     Plaintiff, | ) |
| v. | )     No. 23-cv-1002-SHM-tmp |
| LUKE GOODMAN, | ) |
|     Defendant. | ) |

_____

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*
DISMISSING CASE WITHOUT PREJUDICE

On January 6, 2023, Plaintiff Brandon Quince, who was incarcerated at the Henderson County Sheriff's Office in Lexington, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) However, Plaintiff neglected to submit a copy of his trust account statement as required by 28 U.S.C. § 1915(a)-(b)

The Court issued an order on January 10, 2023, directing Plaintiff to submit the required information or pay the entire $402 civil filing fee within 30 days. (ECF No. 4.) Plaintiff was warned that if he failed to comply with the order in a timely manner, the Court would "deny leave to proceed *in forma pauperis*, assess the entire $402 filing fee from his trust account without regard to the installment payment procedures, and dismiss the action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."

Plaintiff's copy of the January 10, 2023, order was returned as "Not Deliverable, unable to forward" on January 24, 2023.  (ECF Nos. 5 & 6.)

The most basic responsibility of a litigant is to keep the Court informed of his whereabouts.  Despite his apparent release from the Henderson County Jail, Plaintiff has failed to advise the Court of any change of address.  Therefore, as it appears Plaintiff has abandoned this action, the motion for leave to proceed *in forma pauperis* is DENIED, and this case is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

IT IS SO ORDERED this 8th day of March, 2023.

      /s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE